IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AARYN NYJJIRH LOFTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO. 21-4284 |
| Commissioner of Social Security | : | |

## **O R D E R**

AND NOW, this 14th day of February, 2023, upon consideration of Plaintiff's request for review (Doc. 6), the response (Doc. 7), Plaintiff's reply (Doc. 8), and after careful consideration of the administrative record (Doc. 5), for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that:

1. Judgment is entered REVERSING the decision of the Commissioner of Social Security.

2. The relief sought by Plaintiff is GRANTED and the matter is REMANDED to the Acting Commissioner of Social Security for an award of benefits, consistent with the accompanying memorandum.

3. The clerk of Court is hereby directed to mark this case closed.

/s/ Elizabeth T. Hey
_____
ELIZABETH T. HEY, U.S.M.J.